# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **FARHAD MD,** | ) |
| **Petitioner,** | ) |
| **V.** | ) Case No.:  4:20-cv-451-LCB-GMB |
| **WILLIAM BARR,** | ) |
| **Respondent.** | ) |

## ORDER

On July 15, 2020, U.S. Magistrate Judge Gray M. Borden issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Respondents' Motion to Dismiss (Doc. 10) be granted and the petition be dismissed as moot. (Doc. 11). Petitioner has not objected to the Report and Recommendation.

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). The unchallenged portions of the Magistrate Judge's report are reviewed for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed the proposed findings and recommendations for clear error, the Court concludes that the Magistrate Judge's Report and Recommendation

(Doc. 11) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. This action is therefore **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this September 2, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE